

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:06-CR-210-LDG-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID KALLAO | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#888) on October 7, 2008.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| OFFICE MAX | 1,371.20 |
| UNKNOWN VICTIMS | 13,063.29 |
| HOME DEPOT | 24,618.10 |
| LOWES HOME IMPROVEMENT | 108,496.14 |
| SPRINT | 1,983.29 |
| TARGET STORE | 2,352.83 |
| RADIOSHACK LOSS PREVENTION SERVICE | 3,892.33 |
| WALMART | 526.77 |
| APPLE COMPUTER | 2,789.84 |
| KMART | 1,415.46 |
| AUTOZONE | 146.09 |

| | |
|---|---:|
| PETSMART | 1,426.99 |
| TOYS R US | 162.14 |
| WALGREENS | 1,878.36 |
| PIZZA HUT | 85.00 |
| LONGS DRUGSTORE | 373.64 |
| ALBERTSONS | 1,799.88 |
| CERETGY | 230,855.56 |
| TJ MAXX | 42.98 |
| DISNEY STORE | 485.93 |
| MARSHALLS | 263.29 |
| ANNAS LINENS | 1,110.60 |
| BEN BRIDGE JEWLER | 6,987.50 |
| CHECKER AUTO PARTS | 161.50 |
| COSTCO | 2,042.49 |
| CVS | 1,085.85 |
| FOOTHILL RANCH RESTAURANT CASINO | 100.00 |
| GAME CRAZY | 311.73 |
| HAIR COLOR EXPERTS | 60.00 |
| HOME GOODS | 500.00 |
| JARED JEWELERS | 3,778.63 |
| JEWEL OSCO | 250.00 |
| JOS A BANK CLOTHIERS | 356.90 |
| KAY JEWELERS | 2,466.48 |
| KIRKLANDS | 451.47 |
| LINENS & THINGS | 1,256.54 |
| MURRAYS DISCOUNT AUTO | 300.00 |
| PET CENTRAL | 1,298.58 |
| POTTERY BARN | 4,000.00 |
| SALLYS BEAUTY SUPPLY | 128.97 |
| SAV ON | 777.53 |
| SPORTS AUTHORITY | 108.23 |
| THE MENS WAREHOUSE | 874.93 |
| ULTIMATE ELECTRONICS | 2,225.19 |
| ULTRA COSMETICS | 13,625.27 |
| WILLIAMS SONOMA | 8,098.66 |
| ZALES JEWELERS | 2,538.08 |
| BRAKE TEAM | 489.70 |

**Total Amount of Restitution ordered:** $453,413.94**

**Joint and Several with co-defendants

Dated this ____14____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE